**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X

HENRY ERASOMO SANTOS SALGADO,    :
     :
                   Plaintiff,    :    **ORDER REGULATING**
     -against-    :    **PROCEEDINGS**
     :
2020 DELI CORP. et al.,    :    16 Civ. 9867 (AKH)
     :
                Defendants.    :

------------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

At the settlement hearing in this matter, held on November 30, 2018, I approved the parties' settlement and stated in pertinent part that "the clerk can close the case. I will retain jurisdiction in case there is any dispute that comes up on the payment terms." Hearing Tr., ECF No. 48, at 10:3-5. Accordingly, the Clerk is directed to mark this case closed.

SO ORDERED.

Dated:     February 24, 2020
          New York, New York         ALVIN K. HELLERSTEIN
                                 United States District Judge

1